WILLIAM T. SHUFELDT and GEORGE A. SHUFELDT, impleaded, etc., *et al.*,

*v.*

JOHN BUCKLEY, Jr.

1. JURISDICTION — *inferior courts.* Nothing will be presumed in favor of the jurisdiction of an inferior court of limited jurisdiction.

2. PLEADING AT LAW — *of a plea in bar.* In an action of debt on a foreign judgment, the defendant pleaded, that the court in which the judgment was obtained, was a court of limited and inferior jurisdiction, that he was not served with process, never authorized an appearance by an attorney, and had no notice of the suit, to which the plaintiff demurred: *held*, that the demurrer admitted the facts stated, and barred a recovery in the action, unless an issue be made up on the facts and found for plaintiff.

APPEAL from the Superior Court of Chicago.

This was an action of debt, brought upon a judgment, recovered against the appellants by appellee, in the Superior

Court of the city of New York, at the November Term thereof, 1856, for $97.82 damages, and $42.38 costs of suit. The court below rendered judgment for appellee, to reverse which the case is brought to this court by appeal. The further facts appear in the opinion.

Messrs. HAINES, STORY & KING, for the appellants.

Messrs. CLARKSON & VAN SCHAACK, for the appellee.

Mr. CHIEF JUSTICE BREESE delivered the opinion of the Court:

The only question necessary to be considered arising on this record is as to the validity of the third plea. The demurrer admits the fact therein stated, that the court of New York in which the judgment was obtained was a court of limited and inferior jurisdiction. The rule is too well settled to be contested, that in such case nothing can be presumed in favor of jurisdiction, consequently the plea that defendants were not served with process, did not authorize an appearance by attorney, and had no notice of the proceeding, presented a bar to a recovery in this action, unless an issue was made up on the facts, and found for plaintiff.

The judgment must be reversed and the cause remanded.

*Judgment reversed.*